**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| STEVEN HURST, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:07-cv-0109-RLY-TAB |
| | ) | |
| STAN KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 7/2/07 _____

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stephanie.Rothenberg@atg.in.gov
Steven Hurst, DOC #964879, Pendleton Correctional Facility, P.O. Box 30, Pendleton, IN 46064